IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JORDAN LEDBETTER, *et al.*                                    PLAINTIFFS

vs.                          Civil No. 4:20-cv-04037

DANIEL "FROG" OLLER, *et al.*                          DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion to Compel Discovery.  ECF No. 17.  Plaintiffs have not responded.  This matter has been referred to the undersigned, and it is now ripe for consideration.

On April 30, 2021, Defendants filed a Motion to Compel and Brief in Support seeking an Order compelling Plaintiffs to respond to Defendants' First Set of Interrogatories and Request for Production.  ECF No. 17, 18.  In their Motion, Defendants state they first served the discovery requests on Plaintiffs on March 12, 2021.  ECF No. 17.  On April 14, 2021, Defendants sent correspondence to Plaintiffs' counsel requesting the past due responses by April 20, 2021. *Id.* Plaintiffs' counsel responded on April 14, 2021 acknowledging the discovery request were due by April 20, 2021. *Id.*  According to Defendants, as of the filing of the Motion, Plaintiffs have failed to respond to the discovery requests.

Under the Federal Rules of Civil Procedure, Plaintiffs are afforded thirty (30) days to respond to discovery requests.  Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A).  Plaintiffs have failed to respond to Defendants' discovery requests.

1

Defendants' Motion to Compel (ECF No. 17) is **GRANTED** and Plaintiffs shall provide Defendants with complete discovery responses on or before May 21, 2021.

**IT IS SO ORDERED this 17th day of May 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE